**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., ET AL.,<br><br>        Defendants. | Civil Action No. 6:14-cv-982-JRG<br>LEAD CASE |

**NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

Pursuant to the Court's June 15, 2015 Docket Control Order [Dkt #74], Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. hereby notify the Court that they served their P.R. 3-3 and 3-4 Invalidity Contentions and document production upon Plaintiff's counsel of record on July 10, 2015.

Dated:  July 13, 2015

/s/ Allen F. Gardner
Jamie B. Beaber (D.C. Bar No. 484186)
Michael W. Maas (D.C. Bar No. 493685)
Kfir B. Levy (D.C. Bar No. 989212)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
mmaas@mayerbrown.com
klevy@mayerbrown.com

Allen F. Gardner
State Bar No. 24043679
POTTER MINTON P.C.
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
allengardner@potterminton.com

           **ATTORNEYS FOR LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 13, 2015.

           */s/ Allen F. Gardner*