IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., ET AL.,<br><br>    Defendants. | Civil Action No. 6:14-cv-982-JRG-KNM<br>CONSOLIDATED LEAD CASE |

**NOTICE OF COMPLIANCE REGARDING
<u>DEFENDANTS' TECHNOLOGY TUTORIAL</u>**

Pursuant to the Docket Control Order (D.I. 116, D.I. 114) and agreement of the parties filed with the court as a Joint Motion to Modify Docket Control Order (D.I. 118), Defendants Sony Mobile Communications (USA) Inc., Kyocera Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, LG Electronics, Inc. and LG Electronics U.S.A, Inc., T-Mobile USA, Inc. and T-Mobile US, Inc., AT&T Mobility LLC and Sprint Solutions, Inc., Sprint Spectrum L.P. and Boost Mobile, LLC file this Notice of that they submitted their technology tutorial via hand delivery to Judge Mitchell and via electronic transmission upon Plaintiff's counsel of record on October 26, 2015.

Dated: October 26, 2015  Respectfully submitted,

 */s/ Charles T. Steenburg (w/permission by Allen F. Gardner)*
Richard L. Wynne
Texas State Bar No. 24003214
richard.wynne@tklaw.com
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1386
Facsimile: (214) 880-3267

Michael N. Rader (pro hac vice)
Charles T. Steenburg (pro hac vice)
Chelsea A. Loughran (pro hac vice)
W. Brett Morrison (pro hac vice)
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com
cloughran@wolfgreenfield.com
wmorrison@wolfgreenfield.com
**WOLF, GREENFIELD & SACKS, P.C**.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646

**ATTORNEYS FOR DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC.**


*/s/ Melissa R. Smith (w/permission by Allen F. Gardner)*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

John C. Hueston
Alex C. D. Giza
Douglas J. Dixon
HUESTON HENNIGAN LLP
620 Newport Center Dr., Ste. 1300
Newport Beach, CA 92660
Phone: (949) 229-8640
JHueston@hueston.com
AGiza@hueston.com
DDixon@hueston.com

**ATTORNEYS FOR T-MOBILE USA, INC. AND T-MOBILE US, INC.**

*/s/ Christopher W. Kennerly (w/permission by Allen F. Gardner)*
Christopher W. Kennerly
TX Bar No. 00795077
chriskennerly@paulhastings.com
Jonas P. Herrell
CA Bar No. 279075
jonasherrell@paulhastings.com
Paul Hastings LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Jeffrey D. Comeau
CA Bar No. 259679
jeffreycomeau@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Trey Yarbrough
TX Bar No. 22133500
trey@yw-lawfirm.com
Dallas William Tharpe
TX Bar No. 24052036
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Telephone (903) 595-3111
Facsimile (903) 595-019

**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC**

*/s/ Allen F. Gardner*
Michael E. Jones
State Bar No. 10929400
Patrick C. Clutter, IV
State Bar No. 24036374
mikejones@potterminton.com
patrickclutter@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Charles B. Molster, III
Virginia State Bar No. 23613
Thomas M. Dunham
D.C. Bar No. 448407
Corrine M. Saylor
D.C. Bar No. 997638 (Pro Hac Vice)
cmolster@winston.com
tdunham@winston.com
csaylor@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100

Sarah J. Kalemeris
IL Bar No. 6303644
skalemeris@winston.com
WINSTON & STRAWN LLP
35 W Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

**ATTORNEYS FOR CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS**

*/s/ Robert W. Weber (w/permission by Allen F. Gardner)*
Robert W. Weber
SMITH WEBER, L.L.P.
Texas State Bar No. 21044800
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505-6167
Tele: (903) 223-5656
Fax: (903) 223-5652
Email: bweber@smithweber.com

Mark W. McGrory (pro hac vice)
Megan J. Redmond (pro hac vice)
Carrie A. Bader (pro hac vice)
ERISE IP P.A.
6201 College Blvd, Suite 300
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5691
mark.mcrory@eriseip.com
megan.redmond@eriseip.com
carrie.bader@eriseip.com

**ATTORNEYS FOR SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC**

4

| | |
|---|---|
| */s/ Jose L. Patiño (w/permission by Allen F. Gardner)*<br>Jose L. Patiño (CA Bar No. 149568)<br>jpatino@foley.com<br>Christopher C. Bolten (CA Bar No. 268284)<br>cbolten@foley.com<br>Wendy W. Cheung (CA Bar No. 285802)<br>wcheung@foley.com<br>**FOLEY & LARDNER LLP**<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130-3302<br>Telephone:   858.847.6700<br>Facsimile:    858.792.6773<br><br>Cynthia J. Rigsby (WI Bar No. 1025479)<br>crigsby@foley.com<br>Michelle A. Moran (WI Bar No. 1073953)<br>mmoran@foley.com<br>**FOLEY & LARDNER LLP**<br>777 E. Milwaukee Avenue<br>Milwaukee, WI 53202-2400<br>Telephone:   414.271.2400<br>Facsimile:    414.297.4900<br><br>**ATTORNEYS FOR DEFENDANT KYOCERA COMMUNICATIONS, INC.** | */s/ Jaime B. Beaber (w/permission by Allen F. Gardner)*<br>Jamie B. Beaber (D.C. Bar No. 484186)<br>Michael W. Maas (D.C. Bar No. 493685)<br>Kfir B. Levy (D.C. Bar No. 9891212)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>jbeaber@mayerbrown.com<br>mmaas@mayerbrown.com<br>klevy@mayerbrown.com<br><br>Allen F. Gardner<br>State Bar No. 24043679<br>POTTER MINTON P.C.<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>allengardner@potterminton.com<br><br>**ATTORNEYS FOR LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 26th day of October, 2015. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

>*/s/ Allen F. Gardner*