IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>Plaintiff,<br><br>v.<br><br>**LG ELECTRONICS, INC., et al.,**<br>Defendants. | Civil Action No. 6:14-cv-982<br><br>**CONSOLIDATED LEAD CASE** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>Plaintiff,<br><br>v.<br><br>**KYOCERA COMMUNICATIONS, INC., et al.,**<br>Defendants. | Civil Action No. 6:15-cv-049<br><br>**JURY TRIAL DEMANDED** |

## ORDER STAYING DEADLINES AS TO CIVIL ACTION NO. 6:15-CV-049

Before the Court is the Joint Motion to Stay filed by Plaintiff Cellular Communications Equipment LLC and Defendant Kyocera Communications, Inc. pertaining to Civil Action No. 6:15-cv-049.

Having considered the Motion, and finding that good cause exists for granting of the same, the Court **GRANTS** the Motion and **ORDERS** that all deadlines in the above-captioned Consolidated Lead Case are stayed for thirty (30) days only as they pertain to constituent case, Civil Action No. 6:15-cv-049. The stay does not affect deadlines in Consolidated Lead Case as they pertain to any other constituent case.

So ORDERED and SIGNED this 7th day of December, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE