IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br>Defendants. | **Civil Action No. 6:13-cv-507**<br><br>Consolidated Lead Case |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>Defendants. | **Civil Action No. 6:14-cv-759** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br>Defendants. | **Civil Action No. 6:14-cv-982** |

**JOINT MOTION TO SEVER**

Plaintiff Cellular Communications Equipment LLC and affected Defendants to each of the above-captioned actions (collectively, "the Parties") jointly move the Court to sever all claims pertaining to U.S. Patent No. 7,218,923 into separate constituent actions as set forth in the

Relief Sought section below. Upon severance and assignment of new civil action numbers, these cases would be consolidated for pre-trial purposes.

Claims pertaining to the '8923 patent were stayed in Civil Action No. 6:14-cv-759 pending final written decision in an *inter partes* review styled as, *HTC Corp., et al. v. Cellular Communications Equipment LLC*, No. IPR2014-01133 (P.T.A.B. filed Jul. 10, 2014). *See* Dkt 154. On January 4, 2016, the PTAB issued its Final Written Decision in CCE's favor, finding that the challenged claims had not been proved invalid. The Court lifted the stay shortly thereafter. However, after the Court lifted the stay, the PTAB instituted a second *inter partes* review involving the '8923 patent styled as, *Samsung Electronics America, Inc. v. Cellular Communications Equipment LLC*, No. IPR2015-01927 (P.T.A.B. filed on Sept. 17, 2015). The institution decision of March 15, 2016 involves all '8923 patent claims asserted in the above-captioned CCE actions.

**Relief Sought**

In view of the IPR institution involving the '8923 patent, all affected parties to the above-captioned actions agree that the most efficient course of action is to sever all claims pertaining to the '8923 patent into new actions. The new actions would be consolidated for pre-trial purposes. The parties agree that the claims pertaining to the '8923 patent should then be stayed pending the outcome of the IPR.

Specifically, this requested relief would result in the '8923 patents being severed from Civil Action Nos. 6:13-cv-507 (HTC and carrier co-Defendants), 6:13-cv-511 (ZTE and carrier co-Defendants), 6:14-cv-759 (Samsung and co-Defendants), and 6:14-cv-982 (LGE and co-Defendants). The '8923 patent is not asserted in Civil Action Nos. 6:13-cv-568 (Amazon and AT&T) and 6:14-cv-251 (Apple and carrier co-Defendants).

The constituent -507 actions would otherwise remain on their present schedules with the first trial set to begin on September 6, 2016. The -759 case would remain on its present schedule with trial set to begin on November 7, 2016. The -982 action would remain on its present schedule with trial set to begin on February 6, 2017.

For the foregoing reasons, the parties in each of the above-captioned cases jointly file this motion respectfully requesting that the Court enter the proposed order attached hereto.

Dated: April 15, 2016                                                Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III* <br> Edward R. Nelson III <br> ed@nelbum.com <br> Texas State Bar No. 00797142 <br> Ryan P. Griffin <br> ryan@nelbum.com <br> Texas State Bar No. 24053687 <br> Thomas C. Cecil <br> tom@nelbum.com <br> Texas State Bar No. 24069489 <br> NELSON BUMGARDNER PC <br> 3131 West 7th Street, Suite 300 <br> Fort Worth, Texas 76107 <br> Phone: (817) 377-9111 <br> Fax: (817) 377-3485 <br><br> T. John Ward, Jr. <br> Texas State Bar No. 00794818 <br> J. Wesley Hill <br> Texas State Bar No. 24032294 <br> Claire Abernathy Henry <br> Texas State Bar No. 24053063 <br> Ward & Smith Law Firm <br> P.O. Box 1231 <br> 1127 Judson Rd. Ste. 220 <br> Longview, Texas 75606-1231 <br> (903) 757-6400 <br> (903) 757-2323 (fax) <br> jw@jwfirm.com <br> wh@wsfirm.com <br> claire@wsfirm.com | */s/ Nicole S. Cunningham* <br> Nicole S. Cunningham <br> CA State Bar No. 234390 <br> Callie M. Bjurstrom <br> CA State Bar No. 137816 <br> Steve A. Moore <br> CA State Bar No. 232114 <br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> 501 West Broadway, Suite 1100 <br> San Diego, California 92101 <br> (619) 544-3119 <br> (619) 236-1995 (fax) <br> Nicole.Cunningham@PillsburyLaw.com <br> Callie.Bjurstrom@PillsburyLaw.com <br> Steve.Moore@PillsburyLaw.com <br><br> **ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA INC., ZTE CORPORATION, ZTE (USA), INC., AND ZTE SOLUTIONS, INC.** |

3

| **ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |
|---|---|
| /s/ Christopher W. Kennerly<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>chriskennerly@paulhastings.com<br>Jonas P. Herrell<br>CA Bar No. 279075<br>jonasherrell@paulhastings.com<br>PAUL HASTINGS LLP<br>1117 S. California Ave.<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Jeffrey D. Comeau<br>CA Bar No. 259679<br>jeffreycomeau@paulhastings.com<br>PAUL HASTINGS LLP<br>4747 Executive Drive<br>Twelfth Floor<br>San Diego, CA 92121-3114<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>Trey Yarbrough<br>TX Bar No. 22133500<br>trey@yw-lawfirm.com<br>YARBROUGH WILCOX, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, Texas 75702<br>Telephone (903) 595-3111<br>Facsimile (903) 595-019<br><br>**ATTORNEYS FOR<br>AT&T MOBILITY LLC** | /s/ Michael E. Jones<br>Kevin Johnson<br>kevinjohnson@quinnemanuel.com<br>Victoria Maroulis<br>victoriamaroulis@quinnemanuel.com<br>Ray Zado<br>rayzado@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>Marissa Ducca<br>marissaducca@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN LLP**<br>777 6th Street NW, 11th Floor<br>Washington, D.C. 20009<br>Tel:202-538-8109<br>Fax: 202-538-8100<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>**POTTER MINTON**<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>**ATTORNEYS FOR<br>SAMSUNG ELECTRONICS CO., LTD.<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.** |

4

| | |
|---|---|
| */s/ Robert W. Weber* <br> Robert W. Weber <br> Texas State Bar No. 21044800 <br> SMITH WEBER, L.L.P. <br> 5505 Plaza Drive <br> P.O. Box 6167 <br> Texarkana, TX 75505-6167 <br> Tele: (903) 223-5656 <br> Fax: (903) 223-5652 <br> Email: bweber@smithweber.com <br><br> and <br><br> Mark W. McGrory (pro hac vice) <br> ROUSE HENDRICKS GERMAN MAY PC <br> 1201 Walnut, 20th Floor <br> Kansas City, MO 64106 <br> Tel: (816) 471-7700 <br> Fax: (816) 471-2221 <br> Email: MarkM@rhgm.com <br><br> **ATTORNEYS FOR SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC** | */s/ Jamie B. Beaber* <br> Jamie B. Beaber (D.C. Bar No. 484186) <br> Kfir B. Levy (D.C. Bar No. 989212) <br> Michael W. Maas (D.C. Bar No. 493685) <br> MAYER BROWN LLP <br> 1999 K Street, N.W. <br> Washington, DC 20006-1101 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> jbeaber@mayerbrown.com <br> klevy@mayerbrown.com <br> mmaas@mayerbrown.com <br><br> Robert G. Pluta (IL Bar No. 6278255) <br> MAYER BROWN LLP <br> 71 S. Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 782-0600 <br> Facsimile: (312) 701-7711 <br> rpluta@mayerbrown.com <br><br> Michael E. Jones <br> State Bar No. 10929400 <br> mikejones@potterminton.com <br> Allen F. Gardner <br> State Bar No. 24043679 <br> allengardner@potterminton.com <br> POTTER MINTON P.C. <br> 110 N. College Avenue, Suite 500 <br> Tyler, Texas 75702 <br> Telephone: (903) 597-8311 <br> Facsimile: (903) 593-0846 <br><br> **ATTORNEYS FOR LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.** |
| */s/ Zachary T. Elsea* <br> John C. Hueston (Pro Hac Vice) <br> Douglas J. Dixon (Pro Hac Vice) <br> HUESTON HENNIGAN LLP <br> 620 Newport Center Dr., Suite 1300 | */s/ Sarah J. Kalemeris* <br> Michael E. Jones <br> State Bar No. 10929400 <br> mikejones@potterminton.com <br> Patrick C. Clutter, IV |

| | |
|---|---|
| Newport Beach, CA 92660<br>Telephone: (949) 226-6741<br>DDixon@hueston.com<br>JHueston@hueston.com<br><br>Alexander C.D. Giza (Admitted E.D. Tex.)<br>Zachary T. Elsea (Pro Hac Vice)<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>agiza@hueston.com<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR T-MOBILE USA, INC.**<br>**AND T-MOBILE US, INC.** | State Bar No. 24036374<br>patrickclutter@potterminton.com<br>Potter Minton, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>Thomas M. Dunham<br>D.C. Bar No. 448407<br>tdunham@winston.com<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br><br>Sarah J. Kalemeris<br>Illinois State Bar No. 6303644<br>skalemeris@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>Fax: (312) 558-5700<br><br>**ATTORNEYS FOR DEFENDANT**<br>**CELLCO PARTNERSHIP D/B/A**<br>**VERIZON WIRELESS** |

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for CCE conferred with counsel for all Defendants in the subject cases. The Parties are in agreement as to the relief sought and, therefore, jointly bring this motion.

*/s/ Edward R. Nelson III*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all parties of record on April 15, 2016 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*
