# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., ET AL.,<br><br>Defendants. | Civil Action No. 6:14-cv-982-JRG<br>LEAD CASE |

## UNOPPOSED MOTION FOR ENTRY OF A SUPPLEMENTAL PROTECTIVE ORDER REGARDING NON-PARTY QUALCOMM INC.'S CONFIDENTIAL INFORMATION

Plaintiff Cellular Communications Equipment LLC ("CCE" or "Plaintiff") respectfully submits this Unopposed Motion for Entry of a Supplemental Protective Order Regarding Non-Party Qualcomm Inc.'s Confidential Information. The Supplemental Protective Order has been approved to by both the Parties and Qualcomm, Inc., and has been attached hereto as Exhibit A.

Dated: May 19, 2016

Respectfully submitted,

*/s/ Jonathan H. Rastegar*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Monte M. Bond
Texas Bar No. 02585625
Terry A. Saad
Texas Bar No. 24066015
Jonathan H. Rastegar
Texas Bar No. 24064043
BRAGALONE CONROY PC
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

---

       jbragalone@bcpc-law.com
       mbond@bcpc-law.com
       tsaad@bcpc-law.com
       jrastegar@bcpc-law.com

Edward R. Nelson, III
ed@nelbum.com
Texas Bar No. 00797142
S. Brannon Latimer
brannon@nelbum.com
Texas Bar No. 24060137
Thomas C. Cecil
tom@nelbum.com
Texas Bar No. 24069489
NELSON BUMGARDNER, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Attorneys for Plaintiff
**CELLULAR COMMUNICATIONS EQUIPMENT LLC**

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for CCE conferred with counsel for each Defendant and each Defendant indicated that it does not oppose the relief requested herein.

*/s/ Jonathan H. Rastegar*
Jonathan H. Rastegar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 19, 2016.  As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Jonathan H. Rastegar*
Jonathan H. Rastegar