**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>      Defendants. | JURY TRIAL DEMANDED<br><br>(Consolidated Lead Case)<br>Civil Action No. 6:14-cv-982-KNM |

**UNOPPOSED MOTION TO STAY ALL
CLAIMS AND ISSUES PERTAINING TO U.S. PATENT
NOS. 8,385,966 AND 8,868,060 PENDING *INTER PARTES* REVIEW**

Defendants LG Electronics, Inc., LG Electronics USA, Inc., AT&T Mobility LLC, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., T-Mobile US, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") move the Court to stay all claims and issues of patent infringement pertaining to U.S. Patent Nos. 8,385,966 (the "'966 patent") and 8,868,060 (the "'060 patent") in Civil Action No. 6:14-cv-982-KNM (the "constituent 982 action") at least until decisions related to the pending *inter partes* review of the '966 patent and the '060 patent are issued by the Patent Trial and Appeal Board ("PTAB").[1]

Plaintiff Cellular Communications Equipment, Inc. ("CCE") does not oppose this motion subject to agreement between CCE and the Defendants that Defendants will not oppose CCE's subsequent motion designed to move the '060 and '966 patents into another (or new) action if the asserted claims of these patents are found to be not unpatentable in the *inter partes* review proceedings.

---

[1] Decisions are expected to issue on the '966 patent and the '060 patent by March 28, 2017 and April 4, 2017, respectively.

At present, there are three asserted patents in the constituent 982 action. These include the '966 patent and the '060 patent, as well as U.S. Patent No. 8,848,556 (the "'556 patent").[2] The constituent 982 action is presently consolidated with Civil Action No. 6:13-cv-508 (the "constituent 508 action"), with the 982 action serving as the lead case. The constituent 508 action involves U.S. Patent No. 8,055,820 and U.S. Patent No. 7,941,174.[3]

By way of background, the following summarizes the *inter partes* review history for each patent in the constituent 982 action:

### '966 patent

On March 28, 2016, the PTAB instituted *inter partes* review of all asserted claims of the '060 patent in *LG Electronics, Inc. v. Cellular Communications Equipment LLC*, No. IPR2016-00178 (P.T.A.B. filed Nov. 10, 2015). The final decision is expected to issue by March 28, 2017.

### '060 patent

On April 4, 2016, the PTAB instituted *inter partes* review of all asserted claims of the '060 patent in *LG Electronics, Inc. v. Cellular Communications Equipment LLC*, No. IPR2016-00195 (P.T.A.B. filed Nov. 16, 2015). The final decision is expected to issue by April 4, 2017.

### '556 patent

On April 29, 2016, the PTAB declined to institute *inter partes* review of the '556 patent in *LG Electronics, Inc. v. Cellular Communications Equipment LLC*, No. IPR2016-00197 (P.T.A.B. filed Nov. 17, 2015).

---

[2] The '556 patent is not asserted against defendants T-Mobile USA, Inc. and T-Mobile US, Inc.
[3] LG Electronics, Inc. and LG Electronics USA, Inc. have already agreed to not oppose CCE's proposal with respect to moving U.S. Patent No. 7,941,174 to Case No. 6:16-cv-00365.

Given these results, to promote the most efficient resolution of their disputes, and to otherwise obviate time consuming briefing related to a motion to stay, CCE has agreed to not oppose this request to stay the case as it relates to the '966 patent and the '060 patent.

For the foregoing reasons, Defendants submit that good cause exists for staying all claims and issues pertaining to the '966 patent and the '060 patent and, accordingly, respectfully request that the Court grant this Motion.

DATED: May 27, 2016                                      Respectfully submitted,

/s/ *Jamie B. Beaber*
Jamie B. Beaber (D.C. Bar No. 484186)
Kfir B. Levy (D.C. Bar No. 989212)
Saqib J. Siddiqui
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
klevy@mayerbrown.com
ssiddiqui@mayerbrown.com

Robert G. Pluta (IL Bar No. 6278255)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
rpluta@mayerbrown.com

Allen F. Gardner
State Bar No. 24043679
GILLAM & SMITH LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
allen@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.**

/s/ *Douglas J. Dixon*
John C. Hueston (*Pro Hac Vice*)
Douglas J. Dixon (*Pro Hac Vice*)
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 226-6741
DDixon@hueston.com
JHueston@hueston.com

/s/ *Trey Yarbrough*
Trey Yarbrough
TX Bar No. 22133500
trey@yw-lawfirm.com
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Telephone (903) 595-3111
Facsimile (903) 595-019

**ATTORNEY FOR AT&T MOBILITY LLC**

/s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
Patrick C. Clutter, IV
State Bar No. 24036374
mikejones@potterminton.com
patrickclutter@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Charles B. Molster, III
Virginia State Bar No. 23613
Thomas M. Dunham
D.C. Bar No. 448407
Corrine M. Saylor
D.C. Bar No. 997638 (Application for Admission *Pro Hac Vice* Pending)
cmolster@winston.com
tdunham@winston.com
csaylor@winston.com
WINSTON &STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100

Sarah J. Kalemeris
IL Bar No. 6303644
skalemeris@winston.com
WINSTON & STRAWN LLP
35 W Wacker Drive

Alexander C.D. Giza
CA Bar No. 212327 (Admitted E.D. Tex.)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
agiza@hueston.com
Melissa R. Smith

State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw com

**ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC. AND T-MOBILE US, INC.**

Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 55 8-5700

**ATTORNEYS FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

/s/ *Robert W. Weber*
Robert W. Weber
Texas State Bar No. 21044800
SMITH WEBER, L.L.P.
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505-6167
Tele: (903) 223-5656
Fax: (903) 223-5652
Email: bweber@smithweber.com

Mark W. McGrory *(Pro Hac Vice)*
Megan J. Redmond
Caroline A. Bader
ERISE IP, P.A.
6201 College Boulevard, Ste. 300
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Email: mark.mcgrory@eriseip.com

**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC**

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for CCE conferred with counsel for all Defendants. Counsel for CCE does not oppose this motion.

/s/   *Allen F. Gardner*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all parties of record on May 27, 2016 via the Court's CM/ECF system.

*/s/ Jamie B. Beaber*