**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., et al., <br><br> Defendants. | JURY TRIAL DEMANDED <br><br> (Consolidated Lead Case) <br> Civil Action No. 6:14-cv-982-KNM |

**ORDER GRANTING UNOPPOSED MOTION TO STAY ALL CLAIMS AND ISSUES PERTAINING TO U.S. PATENT NOS. 8,385,966 AND 8,868,060 PENDING *INTER PARTES REVIEW***

This matter comes before this Court on Defendants' Unopposed Motion To Stay All Claims and Issues Pertaining to U.S. Patent Nos. 8,385,966 and 8,868,060 Pending *Inter Partes Review*.

Upon consideration of the same, and for good cause shown, it is hereby ORDERED that this case shall be stayed with respect to U.S. Patent Nos. 8,385,966 and 8,868,060. Plaintiff Cellular Communications Equipment LLC ("CCE") shall notify the Court within 10 days of the determination on the *inter partes* review proceedings pending before the United States Patent and Trademark Office with respect to these patents, at which time the stay shall be lifted.

So ORDERED and SIGNED this 6th day of June, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE