IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br>Defendants. | Civil Action No. 6:14-cv-982<br><br>CONSOLIDATED LEAD CASE |

## ORDER STAYING DEADLINES

Before the Court is the Joint Notice of Resolution and Motion to Stay filed by Plaintiff Cellular Communications Equipment LLC and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. pertaining the above-captioned Consolidated Lead Case.

Having considered the Motion, and finding that good cause exists for granting of the same, the Court GRANTS the Motion and ORDERS that all deadlines in the above-captioned Consolidated Lead Case are stayed for thirty (30) days.

**So ORDERED and SIGNED this**
**Jul 20, 2016**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE