IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>Plaintiff,<br><br>v.<br><br>**LG ELECTRONICS, INC., et al.,**<br>Defendants. | Civil Action No. 6:14-cv-982-JRG-KNM<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>Plaintiff,<br><br>v.<br><br>**LG ELECTRONICS, INC., et al.,**<br>Defendants. | Civil Action No. 6:13-cv-508-JRG-KNM |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. (together, "LG"), hereby state that they have reached an agreement settling the matters in controversy between them in Civil Action Nos. 6:14-cv-982 and 6:13-cv-508.  Accordingly, CCE and LG stipulate to the dismissal of all of CCE's claims against LG and all of LG's claims against CCE from Civil Action Nos. 6:14-cv-982 and 6:13-cv-508 WITH PREJUDICE.

In view of this, Plaintiff also seeks to dismiss LG's co-Defendants, namely AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc., from Civil

Action Nos. 6:14-cv-982 and 6:13-cv-508 WITH PREJUDICE. The LG co-Defendants do not oppose.

CCE and LG ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses and attorneys' fees.

**Dated: August 4, 2016**

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Edward R. Nelson III | /s/ Jamie B. Beaber |
| Edward R. Nelson III | Jamie B. Beaber (D.C. Bar No. 484186) |
| ed@nelbum.com | Kfir B. Levy (D.C. Bar No. 989212) |
| Texas State Bar No. 00797142 | Saqib J. Siddiqui |
| Ryan P. Griffin | MAYER BROWN LLP |
| ryan@nelbum.com | 1999 K Street, N.W. |
| Texas State Bar No. 24053687 | Washington, DC 20006-1101 |
| Thomas C. Cecil | Telephone: (202) 263-3000 |
| tom@nelbum.com | Facsimile: (202) 263-3300 |
| Texas State Bar No. 24069489 | jbeaber@mayerbrown.com |
| NELSON BUMGARDNER PC | klevy@mayerbrown.com |
| 3131 West 7th Street, Suite 300 | ssiddiqui@mayerbrown.com |
| Fort Worth, Texas 76107 | |
| Phone: (817) 377-9111 | Robert G. Pluta (IL Bar No. 6278255) |
| Fax: (817) 377-3485 | MAYER BROWN LLP |
| | 71 S. Wacker Drive |
| Jeffrey R. Bragalone | Chicago, IL 60606 |
| Texas Bar No. 02855775 | Telephone: (312) 782-0600 |
| Terry A. Saad | Facsimile: (312) 701-7711 |
| Texas Bar No. 24066015 | rpluta@mayerbrown.com |
| Jonathan H. Rastegar | |
| Texas Bar No. 24064043 | Michael E. Jones |
| BRAGALONE CONROY PC | State Bar No. 10929400 |
| 2200 Ross Avenue | mikejones@potterminton.com |
| Suite 4500W | Allen F. Gardner |
| Dallas, TX 75201 | State Bar No. 24043679 |
| Tel: (214) 785-6670 | allengardner@potterminton.com |
| Fax: (214) 785-6680 | POTTER MINTON P.C. |
| jbragalone@bcpc-law.com | 110 N. College Avenue, Suite 500 |
| tsaad@bcpc-law.com | Tyler, Texas 75702 |
| jrastegar@bcpc-law.com | Telephone: (903) 597-8311 |
| | Facsimile: (903) 593-0846 |
| Bradley W. Caldwell | |

2

| | |
|---|---|
| Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>Jason D. Cassady<br>Texas Bar No. 24045625<br>Email: jcassady@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com<br>CALDWELL CASSADY & CURRY<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>WARD, SMITH, & HILL PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas 75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR**<br>**CELLULAR COMMUNICATIONS**<br>**EQUIPMENT LLC** | **ATTORNEYS FOR LG ELECTRONICS,**<br>**INC. AND LG ELECTRONICS U.S.A.,**<br>**INC.** |

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I certify that the parties have met and conferred and that this Stipulation is unopposed.

*/s/ Edward R. Nelson III*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 4th day of August, 2016, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                 */s/ Edward R. Nelson III*